**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BRAYAN A.L.,

Petitioner,

v.

PAMELA BONDI, *U.S. Attorney General*;

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*;

TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Acting Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement*; and

RYAN SHEA, *Sheriff of Freeborn County*,

Respondents.

Civil No. 26-1019 (JRT/SGE)

**ORDER**

---

Petitioner Brayan A.L. was detained by U.S. Immigration and Customs Enforcement ("ICE") officials on January 8, 2026. On February 3, 2026, Petitioner filed a Verified Petition for a Writ of Habeas Corpus. (Docket No. 1.) The Court concluded that Petitioner's detention was unlawful and ordered his immediate return to Minnesota and release within 48 hours of the Order. (Mem. Op. and Order, Feb. 6, 2026, Docket No. 7.) On February 10, 2026, Respondents filed an update stating that "Counsel informed Client

about the Order in this case, and will promptly file a new status update once Petitioner is released." (Docket No. 8.) No further update has been received from Respondents.

On February 11, 2026, Petitioner filed an update stating that Petitioner was released from custody "at approximate[ly] 2:00 a.m. on February 10 in freezing temperatures." (Docket No. 9 at 1.) Respondents' conduct in releasing Petitioner violated the Court's February 6, 2026 order in several respects. First, Petitioner was released well after the deadline set in the Court's order. Second, Respondents did not "coordinate with Petitioner's counsel to ensure that upon Petitioner's release, they are not left outside in dangerous cold." (*See* Feb. 6 Order at 4.) Third, Respondents have imposed conditions including "demands that Mr. Lopez attend (and notify ICE of) 'a substance abuse program' and 'a sexual deviancy counseling program,'" and ordering that Petitioner report to an ICE duty officer. (*See* Docket No. 9 at 1.)

The Court will direct Respondents to show cause in writing by 5:00 p.m. on February 19, 2026, why the conditions imposed on Petitioner Brayan A.L.'s release should not be stricken as inconsistent with this Court's release order.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Respondents shall show cause in writing by **5:00 p.m. on February 19, 2026**, why the conditions imposed on Petitioner Brayan A.L.'s release should not be stricken as inconsistent with this Court's release order

2. Petitioner shall provide the Court with a status update concerning the status of any conditions by **no later than 5:00 p.m. on February 20, 2026**. Further, at that time, Petitioner shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

DATED: February 17, 2026
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge