# UNITED STATES DISTRICT COURT

## District of Minnesota

Brayan Albeiro Lopez

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, and Ryan Shea

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-01019-JRT/SGE**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Orders 4 , 7 , 10 and 12 have been satisfied. This case is dismissed

Date: 3/5/2026

KATE M. FOGARTY, CLERK